ROBERT GAVIN *v.* CITY OF NEW BRITAIN
(7049)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued February 14—decision released February 22, 1989

*Harold J. Geragosian,* for the appellant (plaintiff).

*Joseph E. Skelly, Jr.,* with whom were *Jason M. Dodge* and, on the brief, *James L. Pomeranz* and *Richard T. Stabnick,* for the appellee (defendant).

PER CURIAM. There is no error.